UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| US BANK NATIONAL ASSOCIATION, )<br>AS TRUSTEE FOR SASCO MORTGAGE )<br>LOAN TRUST 2006-WF1, )<br>      Plaintiff, )<br>)<br>-v- )<br>)<br>GERALD EUGENE BELFORD, II, )<br>BARDEL LOU BELFORD, and )<br>HUNTINGTON NATIONAL BANK, )<br>      Defendants. )<br>_____) | No. 1:14-cv-175<br><br>HONORABLE PAUL L. MALONEY |

## JUDGMENT

Because the complaint raises only state-law issues, removal was improper and the Court has remanded the lawsuit to the state circuit court. The order of remand terminates the lawsuit in this Court. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT** enters in favor of Plaintff and against Defendants.

    **THIS ACTION IS TERMINATED.**

    **IT IS SO ORDERED.**

Date:  April 18, 2014                                      /s/ Paul L. Maloney
                                                                                   Paul L. Maloney
                                                                                    Chief United States District Judge